UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YIJUN OU,

                Plaintiff,

-against-

MICHAEL CHERTOFF; EMILIO GONZALEZ;
ROBERT MUELLER; F. GERARD HEINAUER;
ALBERTO GONZALES,

                Defendants.
-------------------------------------------------------------X

JUDGMENT
07-CV-4288 (ERK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 31 2008 ★
BROOKLYN OFFICE

      An Order of Honorable Edward R. Korman, United States District Judge, having been filed on March 26, 2008, dismissing the action as moot; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the action is dismissed as moot.

Dated: Brooklyn, New York
       March 27, 2008

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court